DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

ANDREA REX,
    Plaintiff,

v.

LSG SKY CHEFS, INC.
    Defendant.

04 10568 WGY

## LOCAL RULE 7.3(A) STATEMENT

Pursuant to Local Rule 7.3(A) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant LSG SKY CHEFS certifies the following:

LSG SKY CHEFS is a wholly owned subsidiary of Deutche Lufthansa A.G.

Deutche Lufthansa A.G. is a publicly traded corporation in Germany. LSG SKY CHEFS is not in and of itself a publicly traded corporation.

Dated: March 23, 2004

                Respectfully submitted,

                LSG SKY CHEFS, INC.

                By its Attorneys,

                _____
                Maynard M. Kirpalani BBO# 273940
                Kevin P. Mannix, BB0# 640071
                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP
                155 Federal Street
                Boston, MA 02110
                (617) 422-5300

24180.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Defendant's Local Rule 7.3(A) Statement was mailed, postage prepaid, this 23rd day of March, 2004, to the following counsel of record:

Keith Halpern
4 Longfellow Place
37th Floor
Boston, MA 02114-2838

_____
Kevin P. Mannix

24180.1