# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110  Tel: (617) 422-5300  Fax: (617) 423-6917

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
*Affiliate Offices:* Paris • Berlin • Cologne • Frankfurt • Munich

www.wemed.com

**Kevin P. Mannix**
Writer's Ext.: 5417
mannixk@wemed.com

April 16, 2004

**HAND DELIVERED**

Civil Clerk's Office
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re:   Rex v. LSG Sky Chiefs, Inc.
      Docket No.           :   04-10568WGY
      Our File No.         :   07588.00005

Dear Sir/Madam:

In connection with the above referenced matter, enclosed for filing please find:

1. CERTIFIED COPY OF DOCKET FROM SUFFOLK SUPERIOR COURT.

Thank you in advance for your courtesy and cooperation.

Very truly yours,

Kevin P. Mannix

cc:   Keith Halpern, Esq. (*via regular mail*)

24999.1