IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA REX,<br><br>    Plaintiff<br>v.<br><br>LSG SKY CHEFS, INC.<br><br>    Defendant | CIVIL ACTION NO: 04-10568 WGY |

**PLAINTIFF'S RULE 16.1 CERTIFICATION**

Keith Halpern, counsel for the plaintiff Andrea Rex, hereby affirms that I have conferred with the plaintiff:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation though the use of alternative dispute resolution programs.

The plaintiff has authorized counsel to sign this certification on her behalf.

Andrea Rex
By her Attorney,

_____
Keith Halpern, BBo #545282
4 Longfellow Place, #3703
Boston, MA 02114
(617) 722-9952

Certificate of Service

I hereby certify that I have this date served Defendant's Motion for Exculpatory Evidence by causing a true copy thereof to be delivered by hand to all counsel of record.

Dated: 5/3/04

_____
Keith Halpern