IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:04-10568WGY

ANDREA REX,
        Plaintiff,

v.

LSG SKY CHEFS, INC.
        Defendant.

**CERTIFICATION BY DEFENDANT,
LSG SKY CHEFS, INC., PURSUANT TO L.R. 16.1(D)(3)**

Defendant, LSG Sky Chefs, Inc., and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

        Respectfully submitted,
        LSG SKY CHEFS, Inc.
        By its attorneys,

        Maynard M. Kirpalani BBO# 273940
        Kevin P. Mannix, BB0# 640071
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        155 Federal Street
        Boston, MA 02110
        (617) 422-5300

25187.1

Defendant, LSG SKY CHEFS, INC.,
By

_W. Hastreiter /kpm_
William Hastreiter

Dated: 4/30/04

## CERTIFICATE OF SERVICE

I, Kevin P. Mannix, hereby certify that I have this 30th day of April, 2004 served the foregoing document, by first class mail, postage prepaid, upon counsel of record.

_K. Mannix_
Kevin P. Mannix

25187.1