# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_Rey_ _____
                Plaintiff(s)

                                    CIVIL ACTION

        v.                          NO. 04-10568-WGY

_LSG Sky Chefs, Inc._ _____
                Defendant(s)

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR- 10/04_____ for the following ADR program:

- ___ EARLY NEUTRAL EVALUATION
- _✓_ MEDIATION
- ___ MINI-TRIAL
- ___ SUMMARY JURY TRIAL
- ___ SETTLEMENT CONFERENCE
- ___ SPECIAL MASTER
- ___ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_9/8/04_                                    _WGY_
DATE                                        UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | ___ | Bankruptcy | ___ |
| Civil Rights | ___ | Contract | ___ |
| Copyright/Trademark/Patent | ___ | Environmental | ___ |
| ERISA | ___ | FELA | ___ |
| Labor Relations | ___ | Medical Malpractice | ___ |
| Personal Injury | ___ | Product Liability | ___ |
| Shareholder Dispute | ___ | Social Security | ___ |
| Other | _____ | | |

(adrrefl.ord - 3/94)                                    (orefadr.)