# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA REX,<br><br>         Plaintiff<br>v.<br><br>LSG SKY CHEFS, INC.<br><br>         Defendant | CIVIL ACTION NO: 04-10568 WGY |

**PLAINTIFF'S AFFIDAVIT**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Andrea Rex, attest:

1. I am the plaintiff in the above-entitled action.

2. On November 9, 2002 I was a passenger on an American Airlines flight from Dallas/Ft. Worth to Boston.

3. During the flight I was served a meal in a paper bag. Inside the bag was a sandwich. The sandwich was wrapped.

4. I unwrapped the sandwich and began to eat it. I did not leave my seat between the time that I unwrapped the sandwich and the time that I began to eat it. There was no opportunity for a foreign object to get into the sandwich after I unwrapped it.

5. When I bit into the sandwich I felt and heard a loud crunch. I realized that I had a hard, foreign object in my mouth. I spat it out and saved it. I felt with my tongue that a tooth was cracked. I immediately reported the incident to a flight attendant.

Signed under the penalties of perjury the 26th day of January, 2005

_Andrea Rex_
Andrea Rex