# ATTACHMENT B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDREA REX,<br><br>      Plaintiff<br><br>v.<br><br>LSG SKY CHEFS, INC.<br><br>      Defendant | CIVIL ACTION NO: 04-10568 WGY |

## AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Keith Halpern, attest:

1. I am counsel for the plaintiff in the above-entitled action.

2. Based upon investigation, I determined that the principal place of business of LSG Sky Chefs, Inc. is in Irving, Texas. The plaintiff's Complaint was served upon corporate officers at this location.

3. Based upon investigation, I have determined that the principal place of business of American Airlines is in Fort Worth, Texas.

4. Provided as Attachment C to the Plaintiff's Motion for Summary Judgment on Count III, Breach of Warranty is a true copy of the defendant's Answers to Interrogatories served upon me.

5. Provided as Attachment D to the Plaintiff's Motion for Summary Judgment on Count III, Breach of Warranty are true copies of pages from a Catering Services

Agreement, dated April 27, 1992, that was produced by the defendant in response to the plaintiff's requests for production.

6. I am in possession of the foreign object, which was given to me by Ms. Rex. It is jagged, triangular, approximately 5 mm. x 3 mm. and appears to be ceramic or hard plastic.

7. According to the 2002 Census of Agriculture, U.S.D.A., Texas ranks 2nd amongst the states in total value of agricultural products sold and 1st in the value of livestock, poultry and their products. A true copy of Texas' State profile in the 2002 Census of Agriculture is provided at Attachment E to the Plaintiff's Motion for Summary Judgment on Count III, Breach of Warranty.

Signed under the penalties of perjury this 27th day of January, 2005.

_____
Keith Halpern