# ATTACHMENT D

CATERING SERVICES AGREEMENT

between

AMERICAN AIRLINES, INC.

and

SKY CHEFS, INC.

April 27, 1992

01110000:21

such cancellation or termination or the effective date of any such material change. Such endorsement shall provide for written notice to American to be provided to each of the following departments (or otherwise as American may request in writing from time to time): Food and Beverage Services (at the address provided in Section 20 hereof) and Insurance (at 4333 Amon Carter Blvd., MD 5658, Fort Worth, Texas 76155-2644, Attention: Manager, Corporate Insurance Administration). Certificates of renewal shall be furnished at least ten (10) days prior to the expiration of the insurance policies which are to be renewed.

(14) **Indemnification**. (a) Caterer will indemnify, defend and hold harmless American, its directors, officers, employees and agents, from and against any and all claims, suits, liabilities, judgments, losses, damages, fines, penalties or expenses of any nature (including attorneys' fees and costs of litigation) (collectively, "Claims") arising directly or indirectly from the making of this Agreement by Caterer, the performance of this Agreement by Caterer (or other actions taken by Caterer's employees), or the Catering Services, including, without limitation, Claims for injury to or death of persons (including employees of Caterer and American), damage to or destruction of property (including property of Caterer and American) or interference with American's operations.

(b) American will indemnify, defend and hold harmless Caterer, its directors, officers, employees and

- 48 -

01110000:22

(18) **Governing Law**. THIS AGREEMENT WILL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF TEXAS WITHOUT REGARD TO CHOICE OF LAW PRINCIPLES. ANY SUIT, ACTION OR PROCEEDING AGAINST CATERER WITH RESPECT TO THIS AGREEMENT MAY BE BROUGHT IN THE COURTS OF THE STATE OF TEXAS, COUNTY OF TARRANT, OR IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION, AS AMERICAN IN ITS SOLE DISCRETION MAY ELECT AND CATERER HEREBY SUBMITS TO THE NON-EXCLUSIVE JURISDICTION OF SUCH COURTS FOR THE PURPOSE OF ANY SUIT, ACTION OR PROCEEDING. CATERER HEREBY AGREES THAT SERVICE OF ALL WRITS, PROCESS AND SUMMONS IN ANY SUIT, ACTION OR PROCEEDING MAY BE MADE UPON IT AT THE ADDRESS SET FORTH IN SECTION 20 HEREOF IN THE MANNER PROVIDED IN SUCH SECTION.

(19) **Construction**. The parties acknowledge that this Agreement is the result of mutual negotiation. Accordingly, this Agreement will not be construed against the party preparing and drafting it, but will be construed as if both parties jointly prepared and drafted it. Any uncertainty or ambiguity will not be interpreted against either party by virtue of such party's actual role in the preparation and drafting hereof.

(20) **Notices**. Unless otherwise provided herein, all notices or other communications hereunder shall be in writing and will be deemed to have been given and received: (i) when

- 75 -

01110000:22

## Attachment A

### Stations

A. **Category I Stations.** Caterer will provide Catering Services for each of the following Stations (and American will pay for such Catering Services in accordance with this Agreement) ("Category I Stations") in the United States:

    AUS  Austin, TX
    BNA[1] Nashville, TN
    BOS  Boston, MA
    CLE  Cleveland, OH
    CVG  Cincinnati, OH
    DFW  Dallas-Ft. Worth, TX
    DTW  Detroit, MI
    ELP  El Paso, TX
    JFK[2] New York, NY (Kennedy Airport)
    LAX  Los Angeles, CA
    LGA  New York, NY (La Guardia Airport)
    MIA[3] Miami, FL
    MKE  Milwaukee, WI
    MOB  Mobile, AL
    OKC  Oklahoma City, OK
    OMA  Omaha, NB
    ORD  Chicago, IL (O'Hare Airport)
    RDU  Raleigh-Durham, NC
    SAN  San Diego, CA
    SYR  Syracuse, NY
    TUL  Tulsa, OK
    TUS  Tucson, AZ
    SWF  Newburgh, NY

B. **Category II Stations.** Caterer will provide Catering Services for each of the following Stations (and American will pay for such Catering Services in accordance with this Agreement) ("Category II Stations") in the United States:

    BUR  Burbank, CA
    EWR  Newark, NJ
    DEN  Denver, CO
    HNL  Honolulu, HA
    MSY  New Orleans, LA
    SFO  San Francisco, CA
    JFK[4] New York, NY (Kennedy Airport)

C. **Transition Stations.** Caterer will provide Catering Services for each of the following Stations until

A-1

01110000:24

Caterer' c igation to provide t ng Services is terminated pursuant to that certain letter, dated January 1, 1992, between American and Caterer:

```
DCA  Washington, D.C. (National Airport)
FLL  Fort Lauderdale, FL
LGB  Long Beach, CA
PDX  Portland, OR
PHX  Phoenix, AZ
```

Caterer will cooperate with American in order to permit a smooth transition by American to alternative catering services at the Transition Stations.

---

[1] Catering Services are provided by Caterer from the new kitchen facility at BNA.

[2] Excluding services to: BRU, GRU, LGW, LHR, MAN, ORY, ZRH and any other destination located outside the United States, Mexico, Canada and the Caribbean.

[3] Excluding services to: Central and South American locations (except for SJO and GUA).

[4] To BRU, GRU, LGW, LHR, MAN, ORY, ZRH and any other destination located outside the United States, Mexico, Canada and the Caribbean.

For purposes of these footnotes:

```
BNA  Nashville, Tennessee
BRU  Brussels, Belgium
GUA  Guatemala City, Guatemala
GRU  Sao Paulo, Brazil
LGW  London, England (Gatwick Airport)
LHR  London, England (Heathrow Airport)
MAN  Manchester, England
ORY  Paris, France
SJO  San Jose, Costa Rica
ZRH  Zurich, Switzerland
```

01110000:24