# ATTACHMENT E



Washington, D.C.

# 2002 Census of Agriculture State Profile

Texas



**Number of farms**
228,926 farms in 2002, 228,173 farms in 1997, up slightly.

**Land in farms**
129,877,666 acres in 2002, 133,956,359 acres in 1997, down 3 percent.

**Average size of farm**
567 acres in 2002, 587 acres in 1997, down 3 percent.

**Market Value of Production**
$14,134,744,000 in 2002, $14,016,017,000 in 1997, up 1 percent.
  Crop sales accounted for $3,731,751,000 of the total value in 2002.
  Livestock sales accounted for $10,402,993,000 of the total value in 2002.

**Market Value of Production, average per farm**
$61,744 in 2002, $61,427 in 1997, up 1 percent.

**Government Payments**
$528,979,000 in 2002, $426,566,000 in 1997, up 24 percent.

**Government Payments, average per farm receiving payments**
$12,530 in 2002, $9,405 in 1997, up 33 percent.





**2002 Census of Agriculture**
**State Profile**
**United States Department of Agriculture, Texas Agricultural Statistics Service**

Texas

## Ranked items within U.S., 2002

| Item | Quantity | U.S. Rank | Universe [1] |
|---|---|---|---|
| **MARKET VALUE OF AGRICULTURAL PRODUCTS SOLD ($1,000)** | | | |
| Total value of agricultural products sold | 14,134,744 | 2 | 50 |
| Value of crops including nursery and greenhouse | 3,731,751 | 6 | 50 |
| Value of livestock, poultry, and their products | 10,402,993 | 1 | 50 |
| **VALUE OF SALES BY COMMODITY GROUP ($1,000)** | | | |
| Grains, oilseeds, dry beans, and dry peas | 1,099,460 | 12 | 50 |
| Tobacco | - | - | 23 |
| Cotton and cottonseed | 1,088,675 | 1 | 17 |
| Vegetables, melons, potatoes and sweet potatoes | 298,997 | 11 | 50 |
| Fruits, tree nuts, and berries | 114,822 | 10 | 50 |
| Nursery, greenhouse, floriculture, and sod | 704,699 | 5 | 50 |
| Cut Christmas trees and short rotation woody crops | 6,541 | 14 | 50 |
| Other crops and hay | 418,557 | 7 | 50 |
| Poultry and eggs | 1,260,951 | 6 | 50 |
| Cattle and calves | 8,083,024 | 1 | 50 |
| Milk and other dairy products from cows | 676,703 | 9 | 50 |
| Hogs and pigs | 128,231 | 16 | 50 |
| Sheep, goats, and their products | 94,164 | 1 | 50 |
| Horses, ponies, mules, burros, and donkeys | 91,567 | 2 | 50 |
| Aquaculture | 31,058 | 10 | 50 |
| Other animals and other animal products | 37,295 | 3 | 50 |
| **TOP LIVESTOCK INVENTORY ITEMS (number)** | | | |
| Broilers and other meat-type chickens | 79,458,376 | 6 | 50 |
| Layers 20 weeks old and older | 18,444,496 | 7 | 50 |
| Cattle and calves | 13,978,987 | 1 | 50 |
| Turkeys | 1,280,705 | 17 | 50 |
| All Goats | 1,194,289 | 1 | 50 |
| **TOP CROP ITEMS (acres)** | | | |
| Forage - land used for all hay and haylage, grass silage, and greenchop | 4,982,165 | 1 | 50 |
| All Cotton | 4,657,029 | 1 | 17 |
| All Wheat for grain | 2,664,425 | 5 | 48 |
| Sorghum for grain | 2,297,102 | 2 | 39 |
| Corn for grain | 1,815,560 | 12 | 49 |

## Other State Highlights

| Economic Characteristics | Quantity |
|---|---|
| Farms by value of sales | |
| Less than $1,000 | 64,572 |
| $1,000 to $2,499 | 37,501 |
| $2,500 to $4,999 | 32,353 |
| $5,000 to $9,999 | 29,248 |
| $10,000 to $19,999 | 23,027 |
| $20,000 to $24,999 | 5,565 |
| $25,000 to $39,999 | 9,582 |
| $40,000 to $49,999 | 3,645 |
| $50,000 to $99,999 | 8,769 |
| $100,000 to $249,999 | 7,465 |
| $250,000 to $499,999 | 3,836 |
| $500,000 or more | 3,363 |
| Total farm production expenses ($1,000) | 13,734,706 |
| Average per farm ($) | 60,007 |
| Net cash farm income of operation ($1,000) | 1,447,457 |
| Average per farm ($) | 6,324 |

| Operator Characteristics | Quantity |
|---|---|
| Principal operators by primary occupation: | |
| Farming | 122,719 |
| Other | 106,207 |
| Principal operators by sex: | |
| Male | 201,734 |
| Female | 27,192 |
| Average age of principal operator (years) | 56.9 |
| All operators [2] by race: | |
| White | 317,543 |
| Black or African American | 7,755 |
| American Indian or Alaska Native | 2,338 |
| Native Hawaiian or Other Pacific Islander | 110 |
| Asian | 500 |
| More than one race | 1,081 |
| All operators [2] of Spanish, Hispanic, or Latino Origin | 20,988 |

(D) Cannot be disclosed. See "Census of Agriculture, Volume 1, Geographic Area Series" for complete footnotes.
[1] Universe is number of states in U.S. with item.
[2] Data were collected for a maximum of three operators per farm.