UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:04-10568-WGY

**ANDREA REX**
**Plaintiff**

v.

**LSG SKY CHEFS**
**Defendant**

NOTICE OF HEARING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for Hearing on the Plaintiff's Motion for Summary Judgment at 2:00 PM , on THUR. MARCH 3 , 2005. The hearing will take place at :

BOSTON UNIVERSITY SCHOOL OF LAW
LAW AUDITORIUM, GROUND FLOOR
765 COMMONWEALTH AVE.
BOSTON

Opposition is due by 2/15/05. reply,if any, is due by 2/22/05

**By the Court,**

/s/ Elizabeth Smith

**Deputy Clerk**

February 7, 2005

**To: All Counsel**