## 2004 Edition

# HACCP Manual




LSG Sky

# Food Safety & HACCP Manual



| Flow Chart | Issued by: | LSG-Hygiene Institute | |
|---|---|---|---|
| Product flow | FC | 3.04 | © LHI 2004 |
| Cold Food Production | Page: | 1 of 2 | |
| | Eff. from: | 01 JAN 04 | |

**Purpose:** Description of the product flow **Cold Food Production** acc. to **CMCP 03** for identification of Critical Control Points (• CCP), Control Points (• CP) and Critical Manufacturing Control Points (► CMCP)

**Application:** This Flow Chart is to be applied by the production area **Cold Food Production**

**Flow Chart:**



= Products
= CCP
= CP
= CMCP
= QS document
= Flow chart
◆◆ = Decision point

# Food Safety & HACCP Manual

**LSG Sky Chefs**

| Flow Chart | Issued by: | LSG-Hygiene Institute |
| Product flow | FC | 3.04  © LHI 2004 |
| Cold Food Production | Page: | 2 of 2 |
| | Eff. from: | 01 JAN 04 |

**Definitions:**

*Cold food:*
Ready-to-eat meals (cold plates, salads, hors d'oeuvres, sandwiches, desserts) which are stored under cold storage conditions (+5 °C /+41 °F) and which are not heated prior to consumption.

*Fresh:*
Food status that requires controlled cold store temperature above ±0 °C (+32 °F)

*Dry goods:*
Packaged or containerized food that is not potentially hazardous, e.g. canned items, dried spices, dried herbs, vinegar, oil etc.

*Finished products incl. dry goods:*
E.g. deli salads, butter, single-service products

*Products:*
Food supplies

*Portioning:*
Menu preparation in accordance with specification including dish-out

*Washing:*
Includes a sanitation process, if in compliance with national food law

*Customer specification:*
Specification of the produced meal, including recipe and picture according to the requirements of the customer/airline

**Conformity:** Correlation with Customer Specification

**CMCP:** Process-related Critical Manufacturing Control Point

**Responsibilities:** Cold Food Production Manager

| Revision status of this FC 3.04: | Issue no. | 0 | |
| | This issue replaces issue no. | - | of - |
| | Revised by: | LHI | on 01 DEC 03 |
| | Approved by: | LHI | on 01 DEC 03 |
| These data are without signature on the distributed copies of this issue. | | | FC3.04e.xls |